**UNITED STATES of America, Appellant, v. CITY OF IOWA CITY, IOWA.**

No. 12662.

Circuit Court of Appeals, Eighth Circuit.

July 12, 1943.

Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa, for appellant.

William R. Hart, of Iowa City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on motion of appellant and consent of appellee.